# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN MEHL, : | |
|    Petitioner, : | |
| : | No. 1:20-cv-616 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN OF SCI : | |
| SMITHFIELD, *et al.*, : | |
|    Respondents : | |

## **ORDER**

**AND NOW**, on this 7th day of May 2020, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(2) without prejudice to Petitioner's right to seek pre-authorization to file a second or successive petition from the United States Court of Appeals for the Third Circuit under 28 U.S.C. § 2244(b)(3);

3. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                      s/ Sylvia H. Rambo
                                      United States District Judge